UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 03880
    SENECA M ZUNIGA

                                CHAPTER 13

                                JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-9472

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 02/20/2008 and was confirmed 04/24/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 01/08/2009.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE | UNSECURED | 1779.04 | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 1229.29 | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST EYE CARE | UNSECURED | NOT FILED | .00 | .00 |
| B-REAL LLC | UNSECURED | 520.22 | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | 398.81 | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HABITAT COMPANY | UNSECURED | NOT FILED | .00 | .00 |
| BASS & ASSOCIATES | UNSECURED | 932.63 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1182.85 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 762.98 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN IL UNIVERSITY | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| ISAC | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| UNIVERSITY PATHOLOGIST | UNSECURED | NOT FILED | .00 | .00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 03880 SENECA M ZUNIGA

```
U OF IL CHICAGO            UNSECURED    NOT FILED              .00              .00
US DEPT OF EDUCATION       UNSECURED          .00              .00              .00
SAXON MORTGAGE SERVICES    CURRENT MORTG      .00              .00              .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE   329.68              .00           329.68
SAXON MORTGAGE SERVICES    UNSECURED    NOT FILED              .00              .00
UMLI/UM CAPITAL LLC        MORTGAGE ARRE  7500.00              .00            83.86
CONDO ASSOCIATION          SECURED        1500.00              .00              .00
CONDO ASSOCIATION          SECURED            .00              .00              .00
UMLI/UM CAPITAL LLC        CURRENT MORTG      .00              .00              .00
SAXON MORTGAGE SERVICES    NOTICE ONLY  NOT FILED              .00              .00
CHAD M HAYWARD             DEBTOR ATTY    2,000.00                        2,000.00
TOM VAUGHN                 TRUSTEE                                          209.87
DEBTOR REFUND             REFUND                                           815.22
```

Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 3,438.63 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 413.54 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,000.00 |
| TRUSTEE COMPENSATION | | 209.87 |
| DEBTOR REFUND | | 815.22 |
| | --------------- | --------------- |
| TOTALS | 3,438.63 | 3,438.63 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/10/09                    /s/ Tom Vaughn
                              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE